# Third District Court of Appeal
## State of Florida

Opinion filed April 15, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1704
Lower Tribunal No. F21-19396
_____

**Augusto Lugones-Santana,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before SCALES, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.